# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

August 16, 2013

**Before**

KENNETH F. RIPPLE, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

JOHN DANIEL TINDER, *Circuit Judge*

No. 12-2765

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee*,<br><br>    *v.*<br><br>TYRONE KIRKLIN,<br>    *Defendant-Appellant*. | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 10 CR 928-3<br><br>Matthew F. Kennelly,<br>*Judge*. |

## ORDER

The opinion issued on August 15, 2013 is hereby AMENDED as follows:

On page 14, the end of line 8, the names "Jones and McCallister" shall replace the reference to "Jones and Kirklin".  The corrected sentence shall read: "Moreover, several instances of Jones and McCallister brandishing their weapons are visible on the surveillance video that was played for the jury at trial."